UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20895-CR-COOKE

UNITED STATES OF AMERICA

vs.

SANDRA SIMON,

    **Defendant.**
_____/

### FACTUAL PROFFER

The United States of America, through the undersigned Assistant United States Attorney, and the defendant, Sandra Simon, through undersigned counsel, hereby stipulate and agree that, had this matter proceeded to trial, the Government would have proven the following facts, among others, beyond a reasonable doubt:

In August 2014, Simon's co-defendant, Ricky Atkins, worked as overnight staff at the Florida Keys Children's Shelter (FKCS) in Tavernier, Florida, a facility dedicated to assisting and protecting troubled children. Atkins' responsibilities included, among others, ensuring the safety and security of the children residing at the shelter during his overnight shift.

In early August 2014, Atkins recruited two children who resided at FKCS, fifteen-year-old G.W. and sixteen-year-old L.P., to work for him and for the defendant, who was then working as a prostitute in the Homestead and Cutler Bay areas of southern Miami-Dade County. On the night of August 15, 2014, Atkins picked up G.W. and L.P. on the road near FKCS in Tavernier, and drove them north to Miami-Dade County. After taking G.W. and L.P. to multiple other locations, Atkins delivered them to the defendant at a Motel 6 in Cutler Bay in the early morning hours of August 16, 2014. The defendant used her cell phone to take pictures of G.W. and L.P. in provocative poses, and then used the pictures in Internet advertisements the defendant posted on

Backpage.com, offering G.W. and L.P. for prostitution. The advertisements directed clients to call Simon's cellular telephone to arrange the prostitution dates.

Under the defendant's supervision, G.W. and L.P. conducted multiple prostitution dates at the Motel 6 in Cutler Bay. The defendant collected the money earned by G.W. and L.P. on their prostitution dates and remitted it to Atkins, who returned to visit the defendant, G.W. and L.P. on multiple occasions after initially dropping off G.W. and L.P. in the early morning of August 16. The defendant frequently communicated with Atkins about her progress in trafficking G.W. and L.P., responding to his inquiries regarding (for example) whether G.W. and L.P. had been conducting prostitution dates, how much money G.W. and L.P. had earned from prostitution, and whether a telephone Atkins had provided for the purposes of arranging prostitution dates was working.

After several days at the Motel 6 in Cutler Bay, the defendant, G.W. and L.P. were asked to leave, after which the defendant spent the next few days with G.W. and L.P. at various hotels in both the Homestead area and in Coral Gables. The defendant herself paid for and rented at least one such hotel room (at a Hampton Inn in Homestead) in her own name, and provided her own identification. All of the hotels at which the defendant prostituted G.W. and L.P. serve customers traveling in interstate and foreign commerce.

At all times during the events described above, the defendant knew that both G.W. and L.P. were under eighteen years old.

The events described above took place, in substantial part, within the Southern District of Florida.

Date: 4/29/15

By: *[signature]*
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

Date: 4/29/2015

By: *[signature]*
WILLIAM NORRIS
ATTORNEY FOR DEFENDANT

Date: 4/29/2015

By: *[signature]*
SANDRA SIMON
DEFENDANT

3